UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OCTAVIO SANTOS GONZALEZ,

                      Plaintiff,

             -v.-

MOTT HAVEN BAGEL & BARISTA CAFE LLC et al.

                      Defendants.

23 Civ. 03723 (JHR)

ORDER

---

JENNIFER H. REARDEN, District Judge:

    The Court has been informed that the parties have reached a settlement in this Fair Labor Standards Act ("FLSA") case. *See* ECF No. 32. A proposed settlement has been submitted for the Court's approval. *See* ECF No. 34. The proposed settlement provides for an aggregate payment of $13,000 in connection with Plaintiff's FLSA claims, with one-third of the settlement sum ($4,333.33) allocated to Plaintiff's counsel in attorney's fees, in addition to $810 in costs. *See id.* at 2; *see also* ECF No. 34-1 ¶ 1.

    The Court has reviewed the terms of the proposed settlement and finds that they are fair and reasonable under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 203, 206 (2d Cir. 2015). Accordingly, the proposed settlement is approved, and the case is hereby DISMISSED WITH PREJUDICE. The Court shall retain jurisdiction solely to resolve any disputes arising from the settlement agreement and the settlement of this action.

    The Clerk of Court is directed to close the case.

    SO ORDERED.

Dated: February 26, 2024
       New York, New York

                                                        JENNIFER H. REARDEN
                                                        United States District Judge